FILED

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

2006 OCT 31 1 P 4: 22

UNITED STATES OF AMERICA

CASE NO. 3:02-cr-9-J-32MMH

v.

BOBBY DENNIS

## SUPERVISED RELEASE REVOCATION
## and
## JUDGMENT AND COMMITMENT

A Petition charging that defendant violated conditions of his Supervised Release was filed on April 4, 2006 (Doc. #30). A Final Revocation of Supervised Release hearing was held in open court on October 26, 2006. The defendant appeared with counsel, Gerald S. Bettman, Esquire. Also present was the probation officer and Assistant United States Attorney Julie Savell. At the hearing, the defendant knowingly, intelligently and voluntarily admitted the allegations of violation of Supervised Release. The Court, therefore, **FINDS** that the defendant has substantially and materially violated the terms and conditions of his Supervised Release. It is hereby,

**ORDERED AND ADJUDGED**:

1. Defendant's term of Supervised Release is hereby **REVOKED**.

2. Defendant is committed to the custody of the United States Bureau of Prisons to be imprisoned for a term of **TWENTY FOUR (24) MONTHS to run consecutively with the ONE HUNDRED AND THIRTY (130) MONTH sentence in Case No. 3:06-cr-140-J-32HTS for a total term of ONE HUNDRED AND FIFTY FOUR (154) MONTHS.**

4. Defendant is remanded to the custody of the United States Marshal.

**DONE AND ORDERED** in Jacksonville, Florida, this 31st day of October, 2006.

_____
TIMOTHY J. CORRIGAN
United States District Judge

m.
Copies to:

Asst. U.S. Attorney (Savell)
Gerald S. Bettman, Esquire
U.S. Probation
U.S. Marshals
U.S. Bureau of Prisons